FILED
CHARLOTTE, NC
MAY 1 2 2014
US District Court
Western District of NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:14CR87 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | |
| PATRICK DeANGELO CANNON | ) | |
| | ) | |

## ORDER SEAL INFORMATION AND RELATED PLEA DOCUMENTS

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order, Bill of Information, Plea Agreement and Factual Basis be sealed, to protect the integrity of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Information, Plea Agreement and Factual Basis be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 12 day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE