
RECEIVED
CHARLOTTE, N.C.
JUN 0 2 2014
Clerk, U. S. Dist. Court
W. Dist. of N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:14cr87 |
| | ) | |
| v. | ) | **ORDER TO UNSEAL** |
| | ) | |
| PATRICK DeANGELO CANNON | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the above-captioned matter be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

Respectfully submitted, on this 2 day of June 2, 2014.

_____
UNITED STATES MAGISTRATE JUDGE