UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00087-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PATRICK DEANGELO CANNON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* regarding the status of The Charlotte Observer Publishing Company's Motion to Intervene and Motion to Unseal (Doc. No. 52), filed May 15, 2015. The Local Rules clearly contemplate motions to unseal sentencing materials and set forth a procedure for such motions. Under Local Criminal Rule 55.1(H), "The defendant, government, and United States Probation Office shall be notified by the moving party of any motion to unseal pre-sentence materials, sentencing memoranda, pre-sentence report, or any related materials and given an opportunity to respond to such motion within the times set forth in Local Criminal Rule 12.5(E) before such material is publicly disclosed."

The Court has reviewed the pending motion and the record, and the Court finds that it will benefit from both the Government and Defendant providing a response to the pending motion.

IT IS THEREFORE ORDERED that the parties shall file a response to the Motion to Intervene and Motion to Unseal (Doc. No. 52) no later than Monday, June 1, 2015. While the parties are permitted this deadline under the local rules, the parties need not wait until that deadline to file any response, particularly if there is no opposition to the motion.

IT IS SO ORDERED.

Signed: May 18, 2015

Frank D. Whitney
Chief United States District Judge